UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

Robert H. Hahn, Sr. et al.          :

    Plaintiffs              :

v.                                  :          Civil Action No. AMD97-1988

Motorworks, Inc. et al.             :

    Defendants              :

### ORDER

Upon consideration of the Motion to Lift Stay filed by Plaintiffs, and the response (if any) of Defendant Dennis Pendergast, it is this 16th day of October, 2000,

ORDERED, that the Motion is granted as to Defendant Pendergast, and it is further

ORDERED, that the Order of this Court staying this matter entered on July 31, 1997, is hereby vacated as to Defendant Pendergast only, and it is further

ORDERED, that Defendant Pendergast shall file an Answer to the Complaint herein within 20 days of the entry of this Order or be subject to the application of the default judgment rules of this Court.

                                                           _____
                                                           United States District Court Judge