IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT H. HAHN, SR., et al.,
    Plaintiffs

v.                                                  Civil No. AMD 97-1988

MOTORWORKS, INC., et al.,
    Defendants

...oOo...

ORDER

The plaintiffs' "Motion to Consolidate" and the partial opposition thereto of defendant Prendergast have been read and considered. I am not persuaded, in light of the rather tortured history of this case, that consolidation of this case with Case No. H 97-2209, assigned to the docket of Senior District Judge Alexander Harvey, II, is likely to achieve any economy of effort by counsel or the court. Accordingly, the motion to consolidate (Paper No. 26) is DENIED.

Counsel are admonished that the scheduling order in this case shall be strictly enforced.

It is SO ORDERED this 11th day of January, 2001.

The Clerk shall TRANSMIT a copy of this Order to counsel.

_____
ANDRE M. DAVIS
United States District Judge