UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT H. HAHN, SR., <br> JAMES W. HAHN <br> and <br> BOSS AUTOMOTIVE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOTORWORKS, INC., <br> JOSEPH ROBINSON <br> and <br> DENNIS PRENDERGAST, <br><br> Defendants. | : NORTHERN DIVISION <br> : <br> : <br> : <br> : CIVIL ACTION NO. AMD97-1988 <br> : <br> : <br> : _____FILED  _____ENTERED <br> : _____LODGED  _____RECEIVED <br> : <br> : FEB 0 1 2001 <br> : <br> : AT BALTIMORE <br> : CLERK U.S. DISTRICT COURT <br> : DISTRICT OF MARYLAND <br> : BY _____ DEPUTY |

## ORDER

AND NOW this __1ST__ day of __Feb__, 2001, it is hereby ORDERED that Jeffrey Zucker's motion for leave to withdraw as counsel is DENIED WITHOUT PREJUDICE.

BY THE COURT:

_____
Andre M. Davis
United States District Judge