IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROBERT H. HAHN, SR., et al., :
    Plaintiffs :
 :
v. : CIVIL NO. AMD 97-1988
 :
MOTORWORKS, INC., et al., :
    Defendants :

...oOo...

ORDER

The "Renewed Motion for Leave to Withdraw as Counsel" filed on behalf of plaintiff's counsel has been read and considered. The Court is keenly aware of the unsatisfied financial obligations accruing against the plaintiff. Counsel may rest assured that the Court will not impose an undue hardship in this case, and will likely grant a renewed motion after the time for dispositive motions. However, with less than a month remaining before discovery closes in this case (and not simply *written discovery*, as suggested by counsel) the Court is not constrained to grant the motion at this time.

Accordingly, it is this 9th day of March, 2001, by the United States District Court for the District of Maryland, ORDERED

(1) That the Renewed Motion for Leave to Withdraw as Counsel is DENIED WITHOUT PREJUDICE; and it is further ORDERED

(2) That the Clerk shall TRANSMIT a copy of this Order to counsel.

                                                                   ANDRE M. DAVIS
                                                                   UNITED STATES DISTRICT JUDGE