UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

April 13, 2001

MEMORANDUM TO COUNSEL RE:   Hahn v. Motorworks, Inc.
                            Civil No. AMD 97-1988

The pre-trial conference in this case will be conducted on the same date and time as the pre-trial conference in AMD 97-2209, DGG, Inc. v. Motorworks, Inc., that is, on Thursday, May 24, 2001, at 4:30 p.m.

Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed to docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file