UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

May 8, 2001

MEMORANDUM TO COUNSEL RE:   Hahn v. Motorworks, Inc.
                            Civil No. AMD 97-1988

    I acknowledge hereby the renewed motion to withdraw filed by counsel for defendant Prendergast. Once the proposed pre-trial order is submitted, I expect to grant the motion and allow counsel to withdraw.

    Despite the informal nature of this ruling, it is an Order of Court and the Clerk is directed to docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file