UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| ROBERT H. HAHN, SR., <br> JAMES W. HAHN <br> and <br> BOSS AUTOMOTIVE, INC. <br> Plaintiffs <br><br><br> MOTORWORKS, INC. et al. <br> Defendants | * <br><br> * <br><br> * <br><br> *   CIVIL ACTION NO. AMD97-1988 <br><br> * <br><br> * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER PERMITTING WITHDRAW
## OF MARYLAND COUNSEL

The Joinder Motion to Withdraw filed by Andrew C. Stone and Davis, Murphy & Stone, LLP for permission to withdraw as attorneys of record for Dennis Prendergast be and hereby is GRANTED.

May 22, 2001

ANDRE M. DAVIS
Judge, United States District Court

c/wpdocs/litigation/motorworks-hahn-motion/sa's