UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Northern Division

Robert H. Hahn, Sr. et al. :

    Plaintiffs :

v. : Civil Action No. AMD97-1988

Motorworks, Inc. et al. :

    Defendants :

PRAECIPE

Dear Mr. Clerk:

    Please mark the Complaint herein as dismissed with prejudice as to Defendant Dennis Prendergast and please note that by agreement of the parties Defendant Dennis Prendergast hereby dismisses with prejudice all claims that were asserted or could have been filed in this action by said Defendant against Plaintiffs by claim or counterclaim, mandatory or permissive. Each of the parties subject to this Praecipe is to bear his or its own costs. Nothing herein shall be deemed to have any effect on Plaintiffs' claims against the other Defendants. Defendant acknowledges having received advice of independent counsel of his own choosing in entering into this Praecipe.

                Respectfully submitted

                Robert N. Levin
                Federal Bar No. 08593
                Robert N. Levin, P.C.
                1901 Research Boulevard, Suite 400
                Rockville, MD 20850
                (301) 517-8727

APPROVED
10/22/2001

                Dennis Prendergast, Pro Se

G:\WPWIN\WPDOCS\RNL\HAHN\REOPEN\praecipedismiss.wpd