IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT H. HAHN, Sr., et al., Plaintiffs | : |
| v. | : CIVIL NO. AMD 97-1988 |
| MOTORWORKS, INC., et al., Defendants | : |

...oOo...

ORDER

The Court has been advised that all claims, including counterclaims, between plaintiffs and defendant Dennis Prendergast have been settled. All remaining defendants remain in arbitration or in bankruptcy. Accordingly, for good cause shown, this order is entered.

It is this 22nd day of October, 2001, by the United States District Court for the District of Maryland, ORDERED

(1) That all claims against defendant Dennis Prendergast are DISMISSED WITH PREJUDICE; and it is further ORDERED

(2) That all claims against remaining defendants ARE STAYED AND THIS CASE IS ADMINISTRATIVELY CLOSED PENDING FURTHER ORDER OF THIS COURT; and it is further ORDERED

(3) That the Clerk of the Court shall TRANSMIT a copy of this Order to counsel and unrepresented parties.

_____
ANDRÉ M. DAVIS
UNITED STATES DISTRICT JUDGE